IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

MIKHAIL DAVITASHVILI                                                    PLAINTIFF

V.                                                                 NO. 2:08CV190-B-D

CORRECTIONS CORPORATION OF AMERICA, et al.         DEFENDANTS

## OPINION DISMISSING COMPLAINT WITHOUT PREJUDICE AND SUSPENDING STATUTE OF LIMITATIONS

This matter is before the court, *sua sponte*, for consideration of dismissal. Plaintiff, an inmate currently housed in the state of Arizona, files this complaint pursuant to 42 U.S.C. § 1983. The facts which gave rise to his complaint allegedly occurred in the Tallahatchie County Correctional Facility in Mississippi.

Since Plaintiff is incarcerated outside the state of Mississippi, it is impossible for the case to proceed in an orderly and timely manner. Therefore, it shall be DISMISSED WITHOUT PREJUDICE until Plaintiff is free to return to prosecute his complaint within the jurisdiction of this court. The statute of limitations shall be suspended as too all Defendants until such time as Plaintiff is released from confinement outside Mississippi.

A final judgment in accordance with this opinion will be entered.

THIS the 30th day of July, 2010.

                                                                   /s/ Neal Biggers

                                                                   NEAL B. BIGGERS
                                                                   SENIOR U.S. DISTRICT JUDGE